# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROGER FISCHER,**
Appellant,

v.

**DONA WATERMAN,**
Appellee.

No. 4D21-410

[September 2, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case Nos. 19-9982 COCE (56) and 19-26025 CACE.

Roger Fischer, Fort Lauderdale, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***